**Order filed December 10, 2019**



In The

# Fourteenth Court of Appeals

_____

NO. 14-19-00454-CV
_____

**LAURA JONES, Appellant**

**V.**

**AMH 2015-1 BORROWER LLC, Appellee**

**On Appeal from County Civil Court at Law No. 1
Harris County, Texas
Trial Court Cause No. 1131440**

# O R D E R

Appellant's brief was due October 24, 2019**.** No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **January 10, 2020**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM

Panel Consists of Chief Justice Frost and Justices Christopher and Bourliot.